# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 12-2873** |
| | * | |
| **ISI ALARMS NC, INC., ET AL.** | * | **SECTION "L" (4)** |

## CONSENT JUDGMENT

The remaining parties to the above-captioned suit, plaintiff Cynthia B. Grice and defendant ISI Alarms NC, Inc., have consented to the following Judgment and as such, it is so entered as a matter of law:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that ISI Alarms NC, Inc. is liable unto plaintiff Cynthia B. Grice for general damages in the amount of One Hundred Thousand Dollars ($100,000.00).

In light of this consent judgment, **IT IS FURTHER ORDERED** that the trial in this matter, currently set for Monday, September 23, 2013 at 9:00 a.m., be removed from the Court's calendar as the issue is now moot.

New Orleans, Louisiana, this 19th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE