UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | |
| | * | |
| **Plaintiff,** | * | **Civil Action No.: 12-2873** |
| | * | |
| **v.** | * | **Judge: Eldon E. Fallon** |
| | * | |
| **ISI ALARMS NC, INC. and** | * | **Magistrate: Karen Wells Roby** |
| **TRANS UNION, LLC** | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR RELIEF FROM JUDGMENT**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff Cynthia B. Grice ("Grice"), and submits this Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b).

For reasons detailed in the accompanying Memorandum of Law in Support of Motion for Relief from Judgment, Grice seeks to ascertain the existence and coverage limits of insurance, as defendant ISI Alarms NC, NC had previously failed to disclose the existence of any such coverage.

WHEREFORE, Grice respectfully requests that the Court grant her Motion for Relief from Judgment.

DATED this 23rd day of September, 2013.          PATRICK MILLER LLC


/s/ *Marc R. Michaud*
Marc R. Michaud, La. Bar No. 28962
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504) 680-4318 (Telephone)
(504) 527-5456 (Facsimile)
mmichaud@patrickmillerlaw.com (Email)

**<u>Certificate of Service</u>**

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by U.S. Mail (properly addressed and postage prepaid), by electronic mail, and/or facsimile, this 23rd day of September, 2013.

/s/ *Marc R. Michaud*
Marc R. Michaud