UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 12-2873 |
| | * | |
| v. | * | Judge: Eldon E. Fallon |
| | * | |
| **ISI ALARMS NC, INC.** and | * | Magistrate: Karen Wells Roby |
| **TRANS UNION, LLC** | * | |
| | * | |
| Defendants. | * | |

******************************************

### ORDER

The above and foregoing "Motion and Memorandum in Support for Relief from Judgment" having been duly considered;

**IT HEREBY ORDERED, ADJUDGED AND DECREED,** that the same be and hereby is granted as follows:

The Consent Judgment entered on September 19, 2013 is **HEREBY VACATED**;

The parties will have _____ to conduct discovery expressly limited to insurance coverage;

Trial is reset to _____; and

ISI Alarms NC, Inc. is sanctioned as follows: _____.

New Orleans, Louisiana, this \_\_\_ day of September, 2013.

_____
Hon. Eldon E. Fallon