UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA B. GRICE**   * | |
| * | |
| Plaintiff,   * | Civil Action No.: 12-2873 |
| * | |
| v.   * | Judge: Eldon E. Fallon |
| * | |
| **ISI ALARMS NC, INC.** and   * | Magistrate: Karen Wells Roby |
| **TRANS UNION, LLC**   * | |
| * | |
| **Defendants.**   * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

TO:   Robert B. Newkirk, III          Maria B. Glorioso
       Newkirk Law Office, PA         The Glorioso Law Firm
       19810 West Catawba Avenue      815 Baronne Street
       Cornelius, NC 28031            New Orleans, LA 70113

PLEASE TAKE NOTICE that Plaintiff Cynthia Grice will bring the foregoing Motion for Relief from Judgment before Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana on Wednesday October 16, 2013 at 9:00 o'clock a.m., or as soon thereafter as counsel may be heard.

DATED this 23rd day of September, 2013.          PATRICK MILLER LLC

/s/ *Marc R. Michaud*
Marc R. Michaud, La. Bar No. 28962
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504) 680-4318 (Telephone)
(504) 527-5456 (Facsimile)
mmichaud@patrickmillerlaw.com (Email)

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September, 2013, I served a copy of the foregoing on all parties of record via electronic service through the Electronic Service Filing system and/or by U.S. Mail, facsimile, or overnight mail.

Executed this 23rd day of September, 2013.

                                                s/ *Marc R. Michaud*
                                                Marc R. Michaud