UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 12-2873 |
| | * | |
| v. | * | Judge: Eldon E. Fallon |
| | * | |
| **ISI ALARMS NC, INC.** and | * | Magistrate: Karen Wells Roby |
| **TRANS UNION, LLC** | * | |
| | * | |
| **Defendants.** | * | |

*******************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES Plaintiff, Cynthia B. Grice, who hereby moves this Honorable Court to enter Partial Summary Judgment in Grice's favor, and against co-Defendant Scottsdale Insurance Company. For reasons detailed in the accompanying Memorandum in Support of Motion for Partial Summary Judgment, this Court should grant Grice's Motion, as Grice has alleged sufficient facts to demonstrate Scottsdale's duty to defend its insured, co-Defendant ISI Alarms NC, Inc.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Summary Judgment.

DATED this 11th day of March, 2014.　　　　PATRICK MILLER LLC

/s/ *Marc R. Michaud*
Marc R. Michaud, La. Bar No. 28962
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504) 680-4318 (Telephone)
(504) 527-5456 (Facsimile)
mmichaud@patrickmillerlaw.com (Email)

1

## Certificate of Service

    I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by U.S. Mail (properly addressed and postage prepaid), ECF, electronic mail, and/or facsimile, this 11th day of March, 2014.

                                            /s/ *Marc R. Michaud*
                                            Marc R. Michaud