UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA B. GRICE** * <br> * <br>     **Plaintiff,** * <br> * <br> v. * <br> * <br> **ISI ALARMS NC, INC. and** * <br> **TRANS UNION, LLC** * <br> * <br>     **Defendants.** * <br> ****************************************** | Civil Action No.: 12-2873 <br><br> Judge: Eldon E. Fallon <br><br> Magistrate: Karen Wells Roby |

### NOTICE OF SUBMISSION

TO:   Robert B. Newkirk, III        Douglas M. Kleeman
        Newkirk Law Office, PA       Phelps Dunbar, LLP
        19810 West Catawba Avenue  365 Canal Street, Ste. 2000
        Cornelius, NC 28031          New Orleans, LA 70130

PLEASE TAKE NOTICE that Plaintiff Cynthia Grice will bring the foregoing Motion for Partial Summary Judgment before Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana on Wednesday March 26, 2014 at 8:30 o'clock a.m., or as soon thereafter as counsel may be heard.

DATED this 11th day of March, 2014.       PATRICK MILLER LLC

                                                                /s/ *Marc R. Michaud*
                                                                Marc R. Michaud, La. Bar No. 28962
                                                                 400 Poydras Street, Ste. 1680
                                                                 New Orleans, LA 70130
                                                                 (504) 680-4318 (Telephone)
                                                                (504) 527-5456 (Facsimile)
                                                                 mmichaud@patrickmillerlaw.com (Email)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of March, 2014, I served a copy of the foregoing on all parties of record via electronic service through the Electronic Service Filing system and/or by U.S. Mail, facsimile, or overnight mail.

Executed this 11th day of March, 2014.

                                              s/ *Marc R. Michaud*_____
                                              Marc R. Michaud