UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 12-2873 |
| | * | |
| v. | * | Judge: Eldon E. Fallon |
| | * | |
| **ISI ALARMS NC, INC.** and | * | Magistrate: Karen Wells Roby |
| **TRANS UNION, LLC** | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW, Plaintiff Cynthia B. Grice ("Grice"), and submits the following Statement of Uncontested Facts in conjunction with her Motion for Partial Summary Judgment in accordance with Local Rule 56.1.

1. Defendant ISI Alarms NC, Inc. ("ISI") was an alarm system sales and service company that, among other things, sold residential alarm monitoring contracts to Monitronics Security LP (hereinafter, "Monitronics").

2. On April 19, 2011, ISI installed a residential alarm system at 19317 Rolling Pines Road in Amite, Louisiana (hereinafter, the "Property"), at the request of Grice's father, Mr. Vincent Bennett, who lived alone at the Property.

3. Mr. Bennett signed two documents: a Schedule of Protection for the purchase of the alarm itself, as well as an Alarm Monitoring Agreement, in which Mr. Bennett agreed to make 60 monthly monitoring installment payments of $41.99.

1

4. The Schedule of Protection signed by Mr. Bennett contained a series of questions "[T]o Be Completed By Customer Only," the first of which was whether the customer was or was not the homeowner; this series of questions was not answered by Mr. Bennett and remains unanswered on the original document.

5. The Alarm Monitoring Agreement signed by Mr. Bennett has a section for the homeowner's Social Security number; this section is empty on the original document.

6. The Alarm Monitoring Agreement signed by Mr. Bennett was sold by ISI to Monitronics.

7. On May 31, 2012, Grice spoke with Monitronics, who informed her that her Social Security number was listed on a contract provided to them by ISI.

8. Grice filed formal complaints against ISI with the Better Business Bureau, the Tangipahoa Parish Sheriff's Office (hereinafter, the "TPSO"), the Louisiana Office of the State Fire Marshall (hereinafter, the "Fire Marshall"), and the Consumer Protection Division of the Louisiana Attorney General's Office.

9. On July 10, 2013, Deputy State Fire Marshall Rickey Roubique received a production of 13 documents from ISI, which included a Schedule of Protection with the "To be Completed by Customer" answers circled, and an Alarm Monitoring Agreement that included Grice's Social Security number.

10. ISI obtained a copy of Grice's consumer credit report from former defendant TransUnion, LLC.

11. ISI obtained Grice's Social Security number from the consumer credit report it received from TransUnion, LLC.

12. ISI placed Grice's Social Security number on the Alarm Monitoring Agreement signed by Mr. Vincent Bennett.

13. It was standard ISI policy to obtain customers' Social Security numbers from their consumer credit reports, and to thereafter place said Social Security numbers on previously executed contracts when such customers declined to do so themselves.

14. Grice received two letters from GE Capital Retail Bank, one dated July 26, 2012, and the other dated July 31, 2012, both of which were addressed to Cynthia Maggio at the street Property's street address but sent to Grice's home in Kentwood. Both letters reference applications for credit made in Grice's name.

15. The applications for credit made in Grice's name to GE Capital Retail Bank originated from Internet Protocol address 64.128.73.90, and were associated with the email address cindymaggio15@yahoo.com.

16. The email address cindymaggio15@yahoo.com originated from Internet Protocol Address 64.128.73.90.

17. Grice received a letter from WebBank, c/o Bill Me Later, Inc., dated August 14, 2012, addressed to Cynthia Maggio at Grice's actual home address, in which an application for credit in Grice's name was denied for lack of sufficient documentation.

18. The applications for credit made in Grice's name to WebBank, C/o Bill Me Later, Inc. originated from Internet Protocol address 64.128.73.90.

19. Internet Protocol address 64.128.73.90 is hosted by T.W. Telecom (Time Warner).

20. In response to a subpoena from Detective Michael Christmas of the TPSO, T.W. Telecom disclosed that Internet Protocol address 64.128.73.90 is registered to ISI Alarms, Inc., 919 N. Main Street, Mooresville, NC 28115.

21. Before ceasing operations in March of 2013, ISI was headquartered at 919 N. Main Street, Mooresville, NC 28115.

22. Presently operating an alarm system company at 919 N. Main Street, Mooreville, NC 28115 is former ISI competitor Power Home Technologies, which, among other things, sells residential alarm monitoring contracts to Monitronics.

23. Former ISI Chief Executive Office William Jayson Waller is now Chief Operating Officer for Power Home Technologies.

24. On November 6, 2013, this Court reopened the above-captioned case after the discovery of a policy of insurance that may conceivably provide coverage for some or all of the allegations contained in the pleadings.

25. Scottsdale Insurance Company was named as a co-Defendant in this matter and has produced a Certified Copy of the Polic(ies) of Insurance at issue in this Motion.

DATED this 11th day of March, 2014.        PATRICK MILLER LLC

/s/ *Marc R. Michaud*
Marc R. Michaud, La. Bar No. 28962
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504)  (Telephone)
(504) 267-1656 (Facsimile)
mmichaud@patrickmillerlaw.com (Email)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2014, I served a copy of the foregoing on all parties of record via electronic service through the Electronic Service Filing system and/or by U.S. Mail, facsimile, or overnight mail.

Executed this 11th day of March, 2014.

                                                    s/ *Marc R. Michaud*
                                                  Marc R. Michaud