UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA B. GRICE** | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 12-2873 |
| | * | |
| v. | * | Judge: Eldon E. Fallon |
| | * | |
| **ISI ALARMS NC, INC. and** | * | Magistrate: Karen Wells Roby |
| **TRANS UNION, LLC** | * | |
| | * | |
| Defendants. | * | |

******************************************

### ORDER

The above and foregoing "Motion and Memorandum in Support for Partial Summary Judgment" having been duly considered;

**IT HEREBY ORDERED, ADJUDGED AND DECREED,** that the same be and hereby is granted as follows:

_____.


New Orleans, Louisiana, this ___ day of March, 2014.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon