**MINUTE ENTRY**
**FALLON, J.**
**MAY 29, 2014**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA GRICE** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 12-2873** |
| | * | |
| **ISI ALARMS NC, INC., ET AL.** | * | **SECTION "L" (4)** |

A pre-trial conference was held on this date in the Chambers of District Judge Eldon E. Fallon.  Marc R. Michaud and Brittany Sloan participated on behalf of Plaintiff Cynthia Grice. Robert B. Newkirk, III participated on behalf of Defendant ISI Alarms NC, Inc.  The parties discussed the upcoming trial.  **IT IS ORDERED** that the parties' proposed pre-trial order (Rec. Doc. 120) is **ACCEPTED AND ADOPTED**.

**IT IS FURTHER ORDERED** that the following dates shall apply:

The jury trial is scheduled to begin on Monday, June 9, 2014 at 8:30 a.m. and is expected to last two to three days.  Counsel shall report to Chambers no later than **8:00 a.m.**

The following are to be filed electronically with the Court on or before **Monday, June 3, 2014**:

(a) Motions *in limine*.

(b) Proposed jury instructions and suggested voir dire.

The following are to be filed electronically with the Court on **Wednesday, June 5, 2014**:

1

JS10(00:13)

(a) Bench book of tabbed exhibits.

(b) Opposition to motions *in limine*.

The Court's electronic equipment shall be available for the parties to use. The parties **MUST** contact the Courtroom Deputy, Dean Oser (504-589-7686), on or before **Friday, June 6, 2014** regarding the use of the equipment.